# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANDRE GRANT, | ) |
| Plaintiff, | ) |
| vs. | ) 2:06-cv-02266-JEO |
| W. HOVIES and A. HADDER, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL AS TO ALL DEFENDANTS EXCEPT DEFENDANT WILLIAM HOVIES

The magistrate judge filed a report and recommendation on October 12, 2007, recommending that the defendants' motion for summary judgment be granted as to the plaintiff's claims against Officer Amy Hadder and that Officer Amy Hadder be dismissed as a defendant. It was further recommended that the defendants' motion for summary judgment be denied as to the plaintiff's claim of excessive force during his arrest against Officer William Hovies. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact with regard to the plaintiff's claims against Officer Amy Hadder and that Officer Amy Hadder is entitled to judgment as a matter of law.

The defendants' motion for summary judgment is therefore due to be and the same is hereby **GRANTED IN PART and DENIED IN PART** as follows:  The motion is **GRANTED** as to all the defendants and all claims **EXCEPT** the claim of excessive force against Officer William Hovies. All claims against the defendants other than the claim of excessive force against Officer William Hovies are **DISMISSED WITH PREJUDICE**.  The motion is **DENIED** as to the claim of excessive force against Officer William Hovies.

Defendant William Hovies is hereby **ORDERED** to file an answer within twenty (20) days of the entry date of this order.

**DATED** this 14th day of March, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE